IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 19 2022

KEVIN P WEIMER, Clerk
By: _____ Deputy Clerk

DANIEL JACK,
Plaintiff,

v.

SELECT PORTFOLIO SERVICING, INC.,
Defendant.

CIVIL ACTION

FILE NO: 1:22-cv-01575-VMC

## MOTION FOR AN EXTENSION OF TIME OR IN THE ALTERNATIVE NOTICE OF APPEAL

NOW COMES, Daniel Jack, who respectfully files this motion for an extension of time to amend his petition pursuant to Fed. R. Civ. P. 60(b) or in the alternative, notice of appeal. This motion should be granted for the following reasons, to wit:

1.

On or about September 15, 2022, Plaintiff had a death of an immediate family member that required him to leave town. See attached Declaration.

2.

The Plaintiff returned home on October 18, 2022 and discovered that this Court issued its ruling dismissing Plaintiff's petition on September 19, 2022. See attached Declaration.

3.

In its dismissal order, the Court ordered the Plaintiff to amend his petition by September 30, 2022, a date which has now come and gone.

4.

Plaintiff now comes seeking an extension of time to file his Amended Petition under rule 60(b) "Excusable Neglect" because he was away from his home dealing with the death of an immediate family member.

Wherefore, Plaintiff prays that in the interest of justice and for good cause shown, this Court grant him an extension to file his amended petition under rule 60(b): or in the alternative, Notice is hereby given that Daniel Jack hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order granting Defendants' Motion to Dismiss which constitutes a final judgment entered in this action on September 19, 2022.

Submitted on this 19th day of October 2022.

_Daniel Jack_

Daniel Jack
1185 To Lani Drive
Stone Mountain, GA 30083

## Certificate of Service

I, the undersigned, certify that I have delivered the foregoing document by U.S. mail prepaid first class to the attorneys or persons located at the addresses below:

**Parties:**

BRET J. CHANESS (GA Bar No. 720572)
PATTY WHITEHEAD (GA Bar No. 258296)
RUBIN LUBLIN, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(678) 281-2730 (Telephone)
(470) 508-9203 (Facsimile)
bchaness@rlselaw.com
pwhitehead@rlselaw.com
Attorneys for Select Portfolio Servicing, Inc.

This 19th day of October, 2022.

_____
Daniel Jack
1185 To Lani Drive
Stone Mountain, GA 30083