UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3318
www.gand.uscourts.gov

**KEVIN P. WEIMER**　　　　　　　　　　　　　　　　　**DOCKETING SECTION**
**DISTRICT COURT EXECUTIVE**　　　　　　　　　　　　**404-215-1655**
**AND CLERK OF COURT**

May 12, 2023

Daniel Jack
1185 To Lani Drive
Stone Mountain, GA 30083
PRO SE

　　　　Re:　Daniel Jack v. Select Servicing Portfolio, Inc.
　　　　　　Civil Action No.: 1:22-cv-1575-VMC

Dear Daniel Jack:

　　　On May 12, 2023, we received and filed your Notice of Appeal for the above case. Please be advised that we did not receive the following:

__X__　Appeal fee $505.00 (Docketing fee $500.00 and Filing fee $5.00)

__X__　Application to proceed on appeal in forma pauperis.

__X__　Please complete the attached appeal information sheet as directed.

　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　Kevin P. Weimer
　　　　　　　　　　　　　　　　　District Court Executive
　　　　　　　　　　　　　　　　　and Clerk of Court

　　　　　　　　　　　　　　By:　P. McClam
　　　　　　　　　　　　　　　　　Deputy Clerk

cc: USCA